tion. *See id.* at 776–78; *United States v. Dickey*, 924 F.2d 836, 839 (9th Cir.1991).

**VACATED and REMANDED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus HERNANDEZ–GARCIA, Defendant—Appellant.**

**No. 03–10246.**

**D.C. No. CR–01–00673–3–JAT.**

United States Court of Appeals, Ninth Circuit.

June 14, 2004.*

Decided June 21, 2004.

Michael T. Morrissey, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Law Office of Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jesus Hernandez–Garcia, Safford, AZ, Defendant–Appellant Pro Se.

Before HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM**

Jesus Hernandez–Garcia appeals his guilty-plea conviction and 120–month sentence for conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

